1  KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
   GARTH A. ROSENGREN (SBN 215732) grosengren@ksrh.com
2  KELLER, SLOAN, ROMAN & HOLLAND LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, California 94111
   Telephone:     (415) 249-8330
4  Facsimile:     (415) 249-8333
5
6  Attorneys for Plaintiff RONPAK, INC.
7
8                    THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 RONPAK, INC., a New Jersey corporation    )   Case No. 3:14-cv-04058 JST
                                             )
12          Plaintiff,                       )   **STIPULATED REQUEST FOR ORDER**
                                             )   **CONTINUING HEARING DATE FOR**
13 vs.                                       )   **DEFENDANT'S MOTION TO DISMISS**
                                             )
14 ELECTRONICS FOR IMAGING, INC., a          )
   Delaware corporation,                     )
15                                           )   Current Hearing Date: December 4, 2014
            Defendant.                        )
16                                           )   Requested Hearing Date:  January 8, 2015
                                             )
17 ─────────────────────────────────────── )
18          Pursuant to Local Rule 6-2, plaintiff Ronpak, Inc. and defendant Electronics for Imaging,

19 Inc., through their counsel of record, stipulate as follows:

20          WHEREAS:

21     1.   On October 27, 2014, defendant filed a Motion to Dismiss.  That motion is fully

22          briefed and is presently set for hearing on December 4, 2014.

23     2.   The parties are actively engaged in settlement negotiations.

24     3.   The parties desire to continue the hearing date for defendant's Motion to Dismiss, by

25          at least thirty (30) days, in order to focus their efforts on settlement negotiations.

26     4.   The parties previously stipulated to one extension of time for defendant to respond to

27                                           1

28 ───────────────────────────────────────────────────────────────
       STIPULATED REQUEST FOR ORDER CONTINUING HEARING DATE FOR
                    DEFENDANT'S MOTION TO DISMISS
                    CASE NO.: 3:14-cv-04058 JST

the Complaint.

5.  The parties do not anticipate that the requested continuance will impact any other date currently set in this matter.

6.  As required by Local Rule 6-2(a), plaintiff submits the Declaration of Kenneth E. Keller in support of this stipulation.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the hearing on defendant's Motion to Dismiss, currently set for December 4, 2014, shall be continued to **January 8, 2015**, or the next available hearing date.

**IT IS SO STIPULATED.**

Date:   December 2, 2014               KERR & WAGSTAFFE LLP


                                      By: ___/s/ Frank Busch_____
                                         Frank Busch
                                         Attorneys for Defendant
                                         ELECTRONICS FOR IMAGING, INC.


Date:   December 2, 2014               KELLER, SLOAN, ROMAN & HOLLAND LLP


                                      By: ___/s/ Kenneth E. Keller_____
                                         Kenneth E. Keller
                                         Attorneys for Plaintiff RONPAK, INC.


I hereby attest that I have been authorized by Frank Busch to execute on his behalf this Stipulated Request for Order Continuing Hearing Date for Defendant's Motion To Dismiss.


Executed on this 2nd day of December, 2014 at San Francisco, California.


                                      _____/s/ Kenneth E. Keller_____
                                            Kenneth E. Keller

2

**<u>ORDER</u>**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the December 4, 2014 hearing on defendant's Motion to Dismiss is hereby VACATED and shall be CONTINUED to January 8, 2015 at 2:00 p.m.

Dated:   December _2_, 2014



IT IS SO ORDERED

Judge Jon S. Tigar

3