KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
GARTH A. ROSENGREN (SBN 215732) grosengren@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff RONPAK, INC.

IVO LABAR (SBN 203492) labar@kerrwagstaffe.com
FRANK BUSCH (SNB 258288) busch@kerrwagstaffe.com
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, California  94105
Telephone:     (415) 371-8500
Facsimile:      (415) 371-0500

Attorneys for Defendant
ELECTRONICS FOR IMAGING, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONPAK, INC., a New Jersey corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELECTRONICS FOR IMAGING, INC., a ) <br> Delaware corporation, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 3:14-cv-04058 JST <br><br> **JOINT REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> <u>**Current CMC Date:**</u> December 20, 2014 <br><br> <u>**Requested CMC Date:**</u>  January 21, 2015 |

Plaintiff Ronpak, Inc. and Defendant Electronics for Imaging, Inc. (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

The Case Management Conference in this case is initially scheduled for December 17, 2014 at 2:00 p.m.  The parties are currently making progress in their settlement discussions and request

1

that the Court continue the Case Management Conference so that they may complete their negotiations.

The parties have made one prior request to modify the Court's calendar in this matter, which was to continue the date for the hearing on Defendant's Motion to Dismiss.  They made that request was made for same reason as this one – to permit the conclusion of settlement discussions.  The Court granted that request in its December 2, 2014 Order, moving the hearing from December 4, 2017 to January 8, 2015.  *See,* DE 25.

The parties do not believe that re-setting the Case Management Conference will have a material effect on the timing of this action.  Moreover, the likelihood that the parties can resolve their dispute at this early stage merits the delay caused by the requested continuance.

THEREFORE, the parties jointly request that the Court reset the Case Management Conference thirty days (30) from December 17, 2014 to **January 21, 2015** or as soon as it can be heard by this Court, with the parties' Joint Case Management Conference Statement due 10 court days prior.

Date:   December 2, 2014                    KELLER, SLOAN, ROMAN & HOLLAND LLP

By: ___/s/ Kenneth E. Keller_____
    Kenneth E. Keller
    Attorneys for Plaintiff  RONPAK, INC.

Date:   December 2, 2014                    KERR & WAGSTAFFE LLP

By: ___/s/ Ivo Labar_____
    Ivo Labar
    Attorneys for Defendant
    ELECTRONICS FOR IMAGING, INC.

///

///

2

1     I hereby attest that I have been authorized by Ivo Labar to execute on his behalf this Stipulated Request for Order Continuing Case Management Conference.

    Executed on this 4th day of December, 2014 at San Francisco, California.

                                  _____/s/ Kenneth E. Keller_____
                                        Kenneth E. Keller

**[PROPOSED] ORDER**

Having considered the foregoing stipulation of the parties, the Court orders the Case Management Conference in the instant matter, continued to **January 21, 2015, at 2:00 p.m.** in Courtroom 9, with the parties' Joint Case Management Conference Statement to be filed 10 days prior.

**IT IS SO ORDERED.**

Dated:  December 4, 2014



_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 3:14-cv-04058 JST