UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONPAK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>   Defendant. | Case No. 14-cv-04058-JST<br><br>**ORDER DENYING STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE**<br><br>Re: ECF No. 29 |
|---|---|

On December 18, 2014, the parties filed a stipulated request to extend their February 19, 2015 mediation deadline by sixty days. ECF No. 29.

The request is hereby DENIED. The Court will address the overall case schedule at the Case Management Conference scheduled for January 21, 2015.

**IT IS SO ORDERED.**

Dated: December 22, 2014

_____
JON S. TIGAR
United States District Judge