UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONPAK, INC.,<br>           Plaintiff,<br>     v.<br>ELECTRONICS FOR IMAGING, INC.,<br>           Defendant. | Case No.  14-cv-04058-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In their most recent joint case management statement, ECF No. 20, the parties state that the mediator they selected, Geoffrey Howard, will not be able to assist them because he has been appointed to the Marin County Superior Court. Id. at 4.  As of today, however, they have not selected a new mediator.  The parties also did not propose a case schedule, even though they were required to do so by local rule.  See Civ. L.R. 16-9(a); Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement ¶ 17 (requiring the parties to propose "dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial").

Accordingly, the Court concludes that the case is not ready for case management.  The case management conference currently scheduled for January 21, 2015 is continued to February 18, 2015 at 2:00 p.m.  An updated joint case management statement that fully complies with Civil Local Rule 16-9 must be filed by February 5, 2015.

If that statement does not identify the parties' mediator, and the date and time of the mediation the parties have scheduled with that mediator, counsel are ordered to bring fully

/ / /

/ / /

1  charged cell phones to the case management conference, so that counsel and the court can work
2  concertedly to select a mediator before the conclusion of the conference.
3  **IT IS SO ORDERED.**
4  Dated:  January 14, 2015



JON S. TIGAR
United States District Judge