UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONPAK, INC.,<br>        Plaintiff,<br>   v.<br>ELECTRONICS FOR IMAGING, INC.,<br>        Defendant. | Case No.  14-cv-04058-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 38 |

On February 26, 2015, Plaintiff filed a notice of voluntary dismissal of this case. ECF No. 38. Because Plaintiff filed the notice before Defendant served either an answer to Plaintiff's complaint, or a motion for summary judgment, the notice is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 26, 2015

                                                JON S. TIGAR<br>
                                    United States District Judge